procee - packet

(Enter order)
Civil Lawsuit

① INFoRmA pauperous - packet
  For (1983) (1971) (1952) (1963)
  (1951) proceed to Lawyer
  — (2115) —
  (Entry packet)

**CIV 21 0345 HE**

FILED
APR 14 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ , DEPUTY

Yur Name
Plantiff The State of Oklahoma  (Susan K. meinders
                                  OBA #20093
                                  Assistant DA)
              v.s
Defendant Leslie Charles Wheeler
Board of commissions, Woodward Sherriffs

on The Day of 18 Year 2021
Month February

Incident —

— Thesis —

Carry and Delevered to
Honorable Federal Magistrate Judge Black

Sent to 200 NW 4th St
       Oklahoma city
       73107

— Carmalita Reeder Shinn
   US. Court clerk

① Incident, possession of Meth, corrupt tyrant Brut Force

② reason, wrongful Arrest

③ complaint, -1983- civil suit
— explain ↓ sheet

# INCident

Wen thay had me stand there for 45 min wile he cald hes suporviser to see what thay can charge me on thin he came over in had me face my back frd the hotel in ask me what room number my freind stad in thin cept asking me if I new mike clark in if I was there starting problem with hem in thin the cop kept saying my freind allready told hem evry thing witch was A lie to get me to Amit what he wanted me to say from what the actual truth.

now this mike clark guy does not like me because im white xs chrystel clark in mike happin to be in the room nex to my freind he saw me in I saw hew so I ask if we coud talk like man in come to Aagreemint he stad in hes room so I sead fuck it in wont on About my business nex dour to my freind witch just got back from Cali my reson of being there was to take my freind to mcdonalds as we was leaveing 3 cop showd up in ya here I am I had no worrins an gave no reson for the arest tell I was arested in thay sorch me