### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE CHARLES WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-21-0345-HE |
| ) | |
| OKLAHOMA STATE OF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff Leslie Charles Wheeler filed this case alleging violation of his constitutional rights under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Green for initial proceedings. On October 29, 2021, Judge Green granted plaintiff's motion to proceed *in forma pauperis* and ordered plaintiff to make an initial partial filing fee of $9.54. Plaintiff has never paid the fee. Judge Green has now issued a Report and Recommendation recommending that the case be dismissed for failure to comply with the court's order and pay the initial partial fee.

The Report advised plaintiff of his right to object to the Report by January 24, 2022. Plaintiff has not objected to the Report, thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #18]. This action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 7th day of February, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE